**STATE v. DEXTER**

[356 N.C. 604 (2002)]

STATE OF NORTH CAROLINA v. AARON DEXTER

STATE OF NORTH CAROLINA v. RONALD EDWARD EVANS

STATE OF NORTH CAROLINA v. BRYON KEITH HOWARD

No. 390A02

(Filed 20 December 2002)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 151 N.C. App. 430, 566 S.E.2d 493 (2002), ordering a new trial after appeal of judgments entered 18 September 2000 by Hight, J., in Superior Court, Durham County. This case was determined on the briefs without oral argument pursuant to N.C. R. App. P. 30(f)(1).

*Roy Cooper, Attorney General, by W. Richard Moore, Special Deputy Attorney General, as to defendant-appellee Aaron Dexter; Fred G. Lamar, Assistant Attorney General, as to defendant-appellee Bryon Keith Howard; and Gaines M. Weaver, Assistant Attorney General, as to defendant-appellee Ronald Evans; for the State-appellant.*

*Kevin P. Bradley for defendant-appellee Aaron Dexter.*

*Daniel Shatz for defendant-appellee Ronald Edward Evans.*

*D. Tucker Charns for defendant-appellee Bryon Keith Howard.*

PER CURIAM.

AFFIRMED.